# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVADNA M. RUNNING BEAR,<br><br>Defendant,<br><br>INDEPENDENCE BANK,<br><br>Garnishee. | CR 10-02-GF-BMM<br><br><br>FINAL ORDER IN GARNISHMENT |

A writ of garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the writ of garnishment, the garnishee filed an answer on or about April 27, 2017, stating that at the time of the service of the writ, garnishee had in garnishee's possession, custody or control personal property belonging to defendant, in the form of a checking account. A check in the amount of $10,000.00 was sent to the Clerk of Court by Independence Bank with the Answer of the Garnishee.

On April 28, 2017, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

On May 22, 2017, Plaintiff filed a request for entry of final order in garnishment.   No responsive pleading has been filed.

IT IS THEREFORE ORDERED that the Clerk of Court shall apply the funds in the amount of $10,000.00 received pursuant to the garnishment in this case to the restitution owed by Defendant.

DATED this 23rd day of May, 2017.

_____
Brian Morris
United States District Court Judge